# Third District Court of Appeal
## State of Florida

Opinion filed November 30, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D21-2052
Lower Tribunal No. 19-14819

————————————

**Derrek L. Space,**
Appellant,

vs.

**Bank of America, N.A.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

The Power Law Firm, and Bryan A. Dangler (Winter Park); Law Office of Robert Wayne, and Shawn A. Wayne, for appellant.

Burke Moore Law Group, LLP, and Paul W. Burke (Atlanta, GA), for appellee.

Before LOGUE, MILLER, and GORDO, JJ.

PER CURIAM.

Affirmed.